[No. 18578-8-III.   Division Three.   August 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMIRO MAGADAN BARBOSA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-1-02300-2, Michael W. Leavitt, J., entered June 11, 1999. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 18462-5-III.   Division Three.   August 3, 2000.]

*In the Matter of the Marriage of* MARTHA A. MONTES, *Respondent*, and JOSE L. MONTES, *Appellant*

Appeal from a judgment of the Superior Court for Benton County, No. 98-3-00641-3, Dennis D. Yule, J., entered April 21, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Brown, JJ.

[No. 24413-6-II.   Division Two.   August 4, 2000.]

PUGET SOUND NATIONAL BANK, ET AL., *Respondents*, v. FRED A. FERGUSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 91-2-02756-8, Wm. Thomas McPhee, J., entered February 5, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Bridgewater, J. Now published at 102 Wn. App. 400.

[No. 24389-0-II.   Division Two.   August 4, 2000.]

GORDON H. FLATTUM, *Appellant*, v. THE WASHINGTON STATE BOARD OF ACCOUNTANCY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-09606-9, Arthur W. Verharen, J., entered January 29, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Bridgewater, JJ.